UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

**CLOSED CIVIL CASE**

Case No. 07-14119-CIV-GRAHAM/LYNCH

LENNAR PACIFIC PROPERTY
MANAGEMENT, INC., and LENNAR
CORPORATION,

    Plaintiffs,

vs.

MICHAEL CHARLES MORGAN, aka
MICHAEL C. FISHMAN, aka
MORGAN FLORIDA,

    Defendants.
_____/

### NOTICE OF COURT PRACTICE UPON
### NOTICE OF SETTLEMENT AND ORDER CLOSING CASE

**THIS CAUSE** came before the Court upon telephonic notification by the Plaintiffs that this matter has settled. Based thereon,

**THE PARTIES** are hereby notified that, within ten (10) days of the date of this Order, they must file a Stipulation or Notice of Dismissal, Settlement Agreement, or any other pertinent document necessary to conclude this action. It is further

**ORDERED AND ADJUDGED** that this action shall be **CLOSED** for administrative purposes, and any pending motions are **DENIED** as moot. It is further

**ORDERED AND ADJUDGED** that the Court retains jurisdiction for sixty (60) days to enforce the terms of any Settlement Agreement.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day

of August, 2007.

                                                          <u>s/Donald L. Graham</u>
                                                          DONALD L. GRAHAM
                                                          UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Lynch
     Counsel of Record